UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| **HUNTER LYNN GLENN, a minor,** **JOHN RAGAN LANG and DANA LYNN LANG, co-guardians,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| **v.** | |
| **UNUM LIFE INSURANCE COMPANY OF AMERICA,** | **CASE NO: 07-2414** |
| Defendant. | |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal with prejudice entered on September 17, 2007, this cause is hereby dismissed.


**APPROVED:**

**s/Bernice B. Donald**
**UNITED STATES DISTRICT COURT**

**DATE: 09/24/2007**

                                          **THOMAS M. GOULD**
                                          **Clerk of Court**

                                          **s/Terry L. Haley**
                                          **(By) Deputy Clerk**